Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233146)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant Wachovia Bank, N.A., sued erroneously as "Successor In Interest to World Savings

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA REYNA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, as Successor In Interest to World Savings; TRI STAR FINANCIAL, INC.; PATRICIA VERA; MUSAED ENAYEK; DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendants. | No.: C 07 01384 SC<br><br>(Formerly Alameda County Superior Court Case No. HG 07307146)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING** |

## STIPULATION

WHEREAS, Plaintiff Rosa Reyna ("Reyna") and Defendant Wachovia Bank ("Wachovia") have entered into a settlement agreement, pursuant to which Reyna plans to file a motion to dismiss Wachovia Bank, N.A., sued erroneously as "Successor In Interest to World Savings;" and

WHEREAS, the Court most recently set a July 27, 2007 status conference hearing date; and

WHEREAS, Reyna and Wachovia filed a Joint Motion For Finding Settlement Was Made In Good Faith to be heard on August 17, 2007

IT IS THEREFORE STIPULATED by and between Reyna, Wachovia, Tri Star Financial, Inc., Patricia Vera and Musaed Enayek that the July 27, 2007 status conference be continued to September 7, 2007 at 10:00 a.m.

**IT IS SO STIPULATED:**

DATED: June  /5 , 2007        REED SMITH LLP

By: /s/ Keith D. Yandell
Keith D. Yandell
Attorneys for Wachovia Bank, N.A.,
sued erroneously as "Successor In Interest to
World Savings

DATED: June ____, 2007        MOSS & MURPHY

By: _____
Glen L. Moss
Attorneys for Plaintiff
Rosa Reyna

DATED: June ____, 2007        ANDERLINI, FINKELSTEIN & EMERICK

By: _____
David G. Finkelstein
Attorneys for Defendants
Tri Star Financial, Inc., Patricia Vera and
Musaed Enayek

IT IS THEREFORE STIPULATED by and between Reyna, Wachovia, Tri Star Financial, Inc., Patricia Vera and Musaed Enayek that the July 27, 2007 status conference be continued to September 7, 2007 at 10:00 a.m.

**IT IS SO STIPULATED:**

DATED: June _____, 2007                    REED SMITH LLP


By: _____
        Keith D. Yandell
    Attorneys for Wachovia Bank, N.A.,
    sued erroneously as "Successor In Interest to
              World Savings

DATED: June _____, 2007                    MOSS & MURPHY


By: _____
        Glen L. Moss
     Attorneys for Plaintiff
          Rosa Reyna

DATED: June _____, 2007                    ANDERLINI, FINKELSTEIN & EMERICK


By: _____
       David G. Finkelstein
     Attorneys for Defendants
   Tri Star Financial, Inc., Patricia Vera and
              Musaed Enayek

1  IT IS THEREFORE STIPULATED by and between Reyna, Wachovia, Tri Star Financial,
2  Inc., Patricia Vera and Musaed Enayek that the July 27, 2007 status conference be continued to
3  September 7, 2007 at 10:00 a.m.

**IT IS SO STIPULATED:**

DATED: June _____, 2007          REED SMITH LLP

By:_____
Keith D. Yandell
Attorneys for Wachovia Bank, N.A.,
sued erroneously as "Successor In Interest to
World Savings

DATED: June _____, 2007          MOSS & MURPHY

By:_____
Glen L. Moss
Attorneys for Plaintiff
Rosa Reyna

DATED: June 15, 2007             ANDERLINI, FINKELSTEIN & EMERICK

By:_____
David G. Finkelstein
Attorneys for Defendants
Tri Star Financial, Inc., Patricia Vera and
Musaed Enayek

## ORDER

Based on the stipulation of the parties, this Court hereby orders that the July 27, 2007 status conference hearing date is continued to September 7, 2007 at 10:00 a.m.

**SO ORDERED:**

DATED: _____June 20_____, 2007



_____
Judge Samuel Conti