1  David G. Finkelstein (State Bar No. 047791)
   **ANDERLINI, FINKELSTEIN EMERICK & SMOOT**
2  400 South El Camino Real, Suite 700
   San Mateo, California 94402
3  Telephone: (650) 348-0102
   Facsimile: (650) 348-0962
4
5  Attorneys for Defendants TRI STAR FINANCIAL, INC., PATRICIA VERA and MUSAED
   ENAYEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA REYNA<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, as Successor In Interest to World Savings, TRI STAR FINANCIAL, INC., PATRICIA VERA, MUSAED ENAYEK, DOES 1 through 50, INCLUSIVE,<br><br>Defendants | Case No.: C 07 01384SC<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON<br><br>Granted |

IT IS HEREBY STIPULATED by and between Plaintiff ROSA REYNA and Defendants TRI STAR FINANCIAL, INC., PATRICIA VERA, and MUSAED ENAYEK through their designated counsel that the above-captioned action is dismissed as to the named Defendants only pursuant to FRCP 41(a)(1)(ii).

Defendant WACHOVIA BANK, and Plaintiff have reached a good faith settlement pursuant to CCP 877.6. The court has retained jurisdiction over Defendant WACHOVIA BANK to ensure enforcement of the settlement.

//

//

//

STIPULATION OF DISMISSAL AND ORDER THEREON

| | |
|---|---|
| 1 | |
| 2 | Dated: July 21, 2008 |
| 3 | *[signature]* |
| 4 | Glenn Moss |
| 5 | Attorney for Plaintiff<br>Rosa Reyna |
| 6 | |
| 7 | |
| 8 | Dated: July 21, 2008 |
| 9 | |
| 10 | ANDERLINI FINKELSTEIN EMERICK & SMOOT, P.C. |
| 11 | |
| 12 | By: *[signature] David G. Finkelstein* |
| 13 | David G. Finkelstein |
| 14 | Attorneys for Defendants TRI STAR FINANCIAL, INC., PATRICIA VERA and MUSAED ENAYEK |

## ORDER

IT IS HEREBY ORDERED that the above-captioned matter is dismissed as to Defendants TRI STAR FINANCIAL, INC., PATRICIA VERA and MUSAED ENAYEK.

DATED: July 23, 2008

*[signature]*
JUDGE SAMUEL CONTI OF THE NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL AND ORDER THEREON